UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81073-CIV--HURLEY
CASE NO. 95-8089-CR-HURLEY

KEMMYE RICCARDO PARSON,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING MOVANT'S MOTION TO VACATE, SET ASIDE AND CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 FOR LACK OF JURISDICTION

**THIS CAUSE** is before the court upon the movant's motion to vacate, set aside and correct sentence pursuant to 28 U.S.C. §2255 [DE 1], which matter was previously referred to Magistrate Judge Patrick White for proposed findings and a recommended disposition.

On September 28, 2017, Magistrate Judge White filed his Report and Recommendation recommending that the movant's motion to vacate, set aside and correct sentence be dismissed for lack of jurisdiction as a successive petition filed without authorization from the Eleventh Circuit Court of Appeals [DE 4]. The time for filing objections has now expired and no objections to the report have been filed by either party.

Absent objections, the court "need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b) Advisory Committee Notes. *See Macort v. Prem, Inc.*, 208 Fed. App'x 781, 784 (11th Cir. 2006), and cases cited *infra*. Having undertaken this review, the Court finds that the Magistrate Judge's findings and recommendations to be sound and well-reasoned, and accordingly approves and adopts them in full.

It is therefore **ORDERED** and **ADJUDGED**:

1. Magistrate Judge Patrick White's September 28, 2017 Report and Recommendation [DE 4] is **APPROVED AND ADOPTED** in full.

2. The Movant's motion to vacate, set aside and correct sentencing pursuant to 28 U.S.C. § 2255 [DE 1] is **DISMISSED** for lack of jurisdiction.

3. Pursuant to Fed. R. App. 22(b), Rule 11(a) of the Rules Governing Section 2255 Proceedings in the United States District Court, and 28 U. S. C. § 2253(c), the Court **DECLINES** to issue a certificate of appealability as the Movant has not made a substantial showing of a denial of a constitutional right.[1] However, the Movant may seek a certificate from the Court of Appeals under Federal Rules of Appellate Procedure 22. See Rule 11, Federal Rules Governing Section 2255 Proceedings.

4. Pursuant to Rule 58, the Court will enter Final Judgment by separate order.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 18th day of October, 2017.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:

all parties

---

[1] *Miller-el v. Cockrell*, 537 U.S. 322, 336-38, 123 S. Ct. 1029, 154 L. Ed.2d 931 (2003)(to satisfy § 2253(c), a petitioner must show that reasonable jurists would find district court's assessment of constitutional claims debatable or wrong); *Slack v McDaniel*, 529 U.S. 473, 484 (2000) (when relief is denied on procedural grounds, petitioner must establish both that the dispositive procedural ruling is debatable and that the petition states a debatable claim for denial of a constitutional right).